UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRADLEY W. PERKINS                          CASE NO. 09-81041
JUANITA H. PERKINS                            CHAPTER 12

TRUSTEE'S OBJECTION TO DEBTORS'
SECOND AMENDED CHAPTER 12 PLAN

**NOW INTO COURT** comes Thad H. Waters, Jr., Chapter 12 Standing Trustee in the above captioned case, who respectfully represents the following to this Honorable Court.

1.

Trustee objects to the confirmation of debtors' Second Amended Chapter 12 Plan on the grounds set forth herein.

2.

Debtors have not provided the Trustee with proof of insurance coverage on the all equipment. And, the Trustee has received on May 15, 2010, Notices of Cancellations effective March 19, 2010 on pieces of equipment which the Trustee believes to be subject to liens. More specifically as follows:

    2004 TL100 New Holland tractor possibly mortgaged to New Holland (Class 8)
    1980 Ford tractor – unsure of liens
    1998 7635 New Holland tractor possibly mortgaged to New Holland (Class 8)
    2005 5640 GEHL Loader possibly mortgaged to New Holland (Class 8)
    2005 MX170 grinder mixer – unsure of liens
    2006 6640E GEHL loader possibly mortgaged to New Holland (Class 8)
    2008 Kubota tractor MS5100F possibly mortgaged to Kubota (Class 7)

3.

Debtors have provided the Trustee with proof of insurance coverage on the following pieces of equipment, possibly security on debts, on which ownership is not reflected in the debtors' Schedule B:

    2005 GEHL loader, 2006 GEHL loader, 2005 GEHL grinder mixer
        (1st lien holder listed as Northland Capital Financial Services who
            are not reflected as a creditor in debtors' schedules and plan
            of reorganization)
    2008 Kubota Tractor MX5100F 50 hp

Debtors' schedules list only one (1) New Holland tractor. However, proof of insurance and insurance cancellations reflect a 2004 TL100 New Holland tractor 82 hp and a 1998 New Holland 7635 New Holland tractor 86 hp.

4.

The Trustee objects to Article II (I) Class 9 which states that the unsecured creditors are to receive a dividend of no less than 0%. Debtors own a home and 1.25 acres of land located at Oakdale, LA valued at $75,000.00 in their schedules. This real estate and home are not encumbered and the value thereof should be included in debtors' liquidation analysis.

5.

Debtors have organized in January, 2008 and do presently operate a business under the name of Perkins Farm, LLC which has not filed Chapter 12 bankruptcy. The Trustee believes some of the debts in this case in particularly the Capital One debt in the amount of $42,183.22 is a debt of Perkins Farm, LLC guaranteed by the debtor, Bradley W. Perkins. Debtors' plan of reorganization proposes to submit to the Trustee the sum of $8,000.00 each month. Based on the Summary of Operations submitted to the Trustee, the debtors only farm income in 2010 will be $1,000.00 from the sale of hay. Debtors' monthly reports reflect income averaging $4,155.00 over the months of January through May, 2010. The Summary of Operations also reflects income from feed sales, which is being operated under the business name of Perkins Farm, LLC, in the gross amount of $1,175,200.00 less 2010 farm expenses of $1,126,195.00 leaving a net profit of $49,005. Bases on this information and the fact that the debtors will evidently be attempting fund their individually plan of reorganization through the income of a limited liability corporation not under the jurisdiction of this Court and, therefore, not subject to the Trustee's supervision, the Trustee does not believe this plan of reorganization is feasible.

6.

Debtors' Schedule reflects ownership of feed along with unpaid feed sales, but does not reflect ownership in Perkins Farm, LLC. It appears as though the debtors are claiming ownership of the feed sale business but selling the feed under the limited liability corporation. The debtors' 2007, 2008 and 2009 income tax returns include a Profit or Loss From Farming Schedule F with the service listed as "feed".

7.

Debtors' monthly reports reflect income from oil royalties of which ownership is not reflected in the debtors' schedules.

8.

Debtors provided the Trustee with a copy of the financial statement covering the period January 1, 2010 through March 31, 2010 on a retirement account. This statement reflected that debtors made a contribution to the retirement account in the amount of $300.00 which is not reflected in debtors' monthly reports. The Trustee has not been provided with the 2009 financial statements on this retirement account nor any other statements for the 2010 year.

9.

At the Creditors' Meeting held on September 9, 2009, debtors were instructed to amend their Schedule J to reflect accurate expenses and to provide the Trustee with documentation showing assets owned by Perkins Farm, LLC. These requirements have not been satisfied.

10.

This plan proposes that debtors will remit to the Trustee the approximate amount of $8,000.00 per month to fund the plan. If this plan is confirmed, debtors will have the following payments due between confirmation and December 31, 2010.

| | |
|---|---|
| Attorney's fees | $ 4,711.71 |
| Annual, quarterly and monthly plan payments | $52,243.46 |
| Trustee's fees thereon | $ 6,328.35 |
| | $63,283.52 |

If debtors submit to the Trustee the sum of $8,000.00 per month for the months of August through December, 2010, this sum will not be sufficient to fund the first year of the plan.

11.

Classes 3 and 6 are too vague in that they do not state when the quarterly and monthly payments will begin. In the absence of any additional information, the Trustee will assume that monthly payments will begin 30 days after confirmation and Article III will govern the quarterly payments with quarterly payments beginning September, 2010, if funds are available.

12.

Based on all the information provided to the Trustee, the Trustee does not believe this plan is feasible at this time.

WHEREFORE, Trustee prays that this objection to the debtors' Second Amended Chapter 12 Plan be filed, and that confirmation of debtors' plan be denied or,

in the alternative, the plan be modified to satisfy the above objections, and for such other relief as may be proper in the premises.


| August 4, 2010 | /s/Thad H. Waters, Jr. |
|---|---|
| | Thad H. Waters, Jr. |
| | Chapter 12 Standing Trustee |
| | P. O. Box 379 |
| | St. Joseph, LA  71366 |
| | 318-766-0707 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRADLEY W. PERKINS                              CASE NO. 09-81041
JUANITA H. PERKINS                              CHAPTER 12

CERTIFICATE OF SERVICE

I certify that a copy of the Trustee's Objection to Debtors' Second Amended Chapter 12 Plan has been served on the following:

Bradley & Junita Perkins
241 Doshie Rd.
Glenmora, LA 71433

Bradley L. Drell, Attorney
P. O. Drawer 6118
Alexandria, LA 71307-6118

Attn: Bankruptcy
U. S. Attorney's Office
800 Lafayette St., Ste. 220
Lafayette, LA 70501

U. S. Trustee
300 Fannin Street, Ste. 3196
Shreveport, LA 71101

Capital One, NA
P. O. Box 829009
Dallas, TX 75382-9009

Kubota Credit Corp
P. O. Box 829009
Dallas, TX 75382-9009

GE Money Bank
c/o Recovery Mgmt. Systems Corp
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

Producers Ag Finance, Inc
c/o Mark A Begnaud, Atty
P. O. Box 1369
Natchitoches, LA 71458-1369

Producer's Ag Finance, Inc.
Craig Degravelle
2595 Highway 1
Thibodaux, LA 70301

Lakin Feed Yard, Inc.
c/o Gregory Engelsman, Atty
P. O. Box 11590
Alexandria, LA 71315-1590

Rabo Agrifinance, Inc.
c/o Linda E. Kobliska
P. O. Box 668
Cedar Falls, IA 50613

BAC Home Loans Servicing, LP
c/o Prober & Raphael
20750 Ventura Blvd, Ste 100
Woodland Hills, CA 91364

BAC Home Loan Servicing, L.P.
c/o Stephen D. Wheelis, Atty
P. O. Box 13199
Alexandria, LA 71315-3199

by first class United States mail, properly addressed and postage prepaid on August 4, 2010.

<pre>
                                        /s/Susan V. Benoit
                                        Susan V. Benoit
                                        Consultant to Thad H. Waters, Jr.
                                        P. O. Box 379
                                        St. Joseph, LA  71366
                                        318-766-0707
</pre>