UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | Bk. No. 09-81041 |
| | ) | |
| BRADLEY W. PERKINS and | ) | |
| JUNITA H. PERKINS, | ) | Chapter 12 |
| | ) | |
| Debtors. | ) | OBJECTIONS TO PROPOSED |
| | ) | SECOND AMENDED CHAPTER 12 |
| | ) | PLAN AND IMMATERIAL |
| | ) | MODIFICATION DATED 7/9/10 |
| | ) | AND CONFIRMATION THEREOF |
| | ) | |
| | ) | Confirmation Hearing - |
| | ) | Date : August 11, 2010 |
| | ) | Time : 9:30 a.m. |
| | ) | Place: U.S. Bankruptcy Court |
| | ) | 2nd Floor |
| | ) | Alexandria, Louisiana |
| | ) | |

BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest, holds the first lien on the subject property generally described as **241 Doshie Road, Glenmora, Louisiana**, ("Secured Creditor") and hereby submits the following objections to the confirmation of that certain Amended Chapter 12 Plan (the "Plan") proposed by Debtors:

<u>MODIFICATION</u>

On June 23, 2010, Debtors' and Secured Creditor's Agreed Order Re Adequate Protection and/or Conditional Use of Collateral was entered on the Court's docket. (A copy of the Agreed Order is attached hereto as **Exhibit "A"** and incorporated herein by reference). Secured Creditor objects to Debtors' Second Amended Chapter 12 Plan and the Immaterial Modification Thereon dated July 9, 2010 as it violates the terms of the agreed order, in that Debtors had expressly agreed:

> to make monthly rather than annual payments directly to Secured Creditor and,
> the Agreed Order may not be modified by subsequent Chapter 12 Plans or
> modifications thereon without the express written consent of Creditor.

Therefore, Secured Creditor requests that the Second Amended Plan, dated June 10, 2010 and the Immaterial Modification dated July 9, 2010 be disapproved, or that the Court order the Debtors to comply with the terms of prior Agreed Order by amending the proposed Second Amended Chapter 12 Plan and any Immaterial Modifications thereon.

CONCLUSION

Any Chapter 12 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Second Amended Chapter 12 Plan and the Immaterial Modifications thereon as proposed by Debtors, be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the Second Amended Chapter 12 Plan and Immaterial Modifications be disapproved, or, in the alternative, that this Court order the Debtors to comply with the prior Agreed Order by amending the proposed Second Amended Chapter 12 Plan and Immaterial Modifications thereon to include the terms of the Agreed Order.

(2) For attorneys' fees and costs incurred herein.

(3) For dismissal of the Chapter 12 proceeding.

(4) For such other relief as this Court deems proper.

Dated: By */s/ Stephen D. Wheelis*
STEPHEN D. WHEELIS, ESQUIRE
Local Counsel
Wheelis & Rozanski
P.O. Box 13199
2312 South MacArthur Drive
Alexandria, Louisiana 71301
(318) 445-5600
Prober & Raphael, A Law Corporation
Attorneys for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-11266

### SPECIAL NOTICE

### THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights, which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

### CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc.'s attorneys in writing within 30 days that all or a part of your obligation or judgment to BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc. is disputed, then BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc.'s attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc. In addition and upon your written request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | CHAPTER 12 |
| BRADLEY W. PERKINS and ) | |
| JUNITA H. PERKINS, ) | |
|     Debtors. ) | CASE NO. 09-81041 |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically and/or by first class mail, postage prepaid and properly affixed, on:

Bradley W. Perkins
Junita H. Perkins
241 Doshie Road
Glenmora, LA 71433
Debtors

Bradley L. Drell, Esquire
P.O. Box 6118
Alexandria, LA 71307-6118
Attorney for Debtors

Thad H. Waters, Jr.
P.O. Box 379
St. Joseph, LA 71366
Chapter 12 Trustee

U.S. Trustee
Office of the U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

    Alexandria, Louisiana, this 5th day of August, 2010.

    */s/ Stephen D. Wheelis*
    STEPHEN D. WHEELIS, ESQUIRE
    Local Counsel
    Wheelis & Rozanski
    P.O. Box 13199
    2312 South MacArthur Drive
    Alexandria, Louisiana 71301
    (318) 445-5600
    Attorneys for Secured Creditor