**SO ORDERED.**

**SIGNED August 23, 2010.**



_____
**HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:
    ALEJANDINO RAMOS
    KATHLEEN DANIELS RAMOS
                                             CASE NO. 08-80230
IN RE:
    BRADLEY W. PERKINS
    JUANITA H. PERKINS                      CASE NO. 09-81041

**ORDER REFIXING HEARINGS**

      **IT IS ORDERED** that the hearings in the above-captioned matters previously set for August 25, 2010 at 3:00 P.M. be and are hereby rescheduled for **August 25, 2010 at 9:30 A.M.**

                                                               # # #